**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WARREN D. FRIDAY**     **PLAINTIFF**

**V.**     **NO. 1:11CV052-A-S**

**STEVE C. WALLACE, et al.**     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the Plaintiff's complaint is DISMISSED. The motion to amend (docket entry 7) is DENIED. This matter is CLOSED.

IT IS SO ORDERED.

THIS the 20th day of September, 2011.

                                                 **/s/ Sharion Aycock**
                                                 **U.S. DISTRICT JUDGE**